≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Shannon A. Laymon

V.

Lobby House, Inc., a
Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-129

TO: (Name and address of Defendant)

Lobby House, Inc.
c/o Richard L. Engle
371 W. North Street
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Noel E. Primos, Esquire
Law Offices of Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             MAR 0 2 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 3/12/07 |
| NAME OF SERVER (PRINT) Harold K. Brode | TITLE Investigator (Schmittinger & Rodriguez) |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Billie Fisher, Mr Engles Sec, AT 371 W. North St Dover, Del 19901

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
            Date

Signature of Server  Harold K. Brode

Address of Server  414 S. State Street
                   Dover, Del 19901
                   302-678-54

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.