AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___07-129-***___



(w) Scanned

FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_____        _____
(Date forms issued)                (Signature of Party or their Representative)

                                   ___NOEL E. PRIMOS___
                                   (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Please sign + return.