IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 07-129 |
| | ) |
| LOBBY HOUSE, INC., | ) JURY TRIAL DEMANDED |
| A Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on this 16th day of April 2007, I caused to be served two (2) copies of the foregoing Answer to Complaint and Counterclaim on the following party via United States Mail, postage prepaid:

Noel E. Primos
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Defendant*