IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-*** |
| Plaintiff, | * | |
| v. | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | **TRIAL BY JURY DEMANDED** |
| Defendant. | * | |

### ANSWER TO COUNTERCLAIM

1. This paragraph is nonsensical as stated and therefore denied.

2. This paragraph is nonsensical as stated and therefore denied.

3. This paragraph is nonsensical as stated and therefore denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

### AFFIRMATIVE DEFENSES

1. Defendant's counterclaim fails to state a claim upon which relief may be granted.

2. Plaintiff may assert other affirmative defenses to Defendant's counterclaim hereafter as it appears appropriate.

WHEREFORE, Plaintiff respectfully requests that Defendant's Counterclaim be dismissed with prejudice, with costs and attorneys' fees assessed against Defendant.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 4-17-07

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the following:

**ANSWER TO COUNTERCLAIM**

to be served upon:    RONALD G. POLIQUIN, ESQUIRE
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

by electronic service on  April 17 , 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140

DATED: 4-17-07