IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-129-*** |
| LOBBY HOUSE, INC., a Delaware corporation, | : |
| Defendant. | : |

### ORDER

At Wilmington this **27th** day of **April, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, May 2, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to complete the scheduling order. **Plaintiff's counsel shall initiate the teleconference call.** Counsel are expected to meet and confer and have proposed dates for Paragraphs 1 through 9. In addition, prior to the scheduling conference, if the parties intend to consent to the Magistrate Judge's jurisdiction, the proper document is to be filed with the Court. For the teleconference, counsel shall also be prepared to discuss ADR.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE