FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON, ) | C.A. No. 07-129-MPT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LOBBY HOUSE, INC., ) | TRIAL BY JURY DEMANDED |
| a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26 (a) (1)

to be served upon:

> Ronald G. Poliquin, Esquire
> 30 The Green
> Dover, DE 19901

by hand-delivering copies to the address shown above on May 11, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: May 11, 2007
/lm

CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**Notice of Service**

to be served upon:

>Ronald G. Poliquin, Esquire
>30 The Green
>Dover, DE 19901

by e-filing and hand-delivering copies to the address shown above on May 11, 2007.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: _____
>Noel E. Primos
>Bar I.D. # 3124
>414 S. State Street
>P.O. Box 497
>Dover, DE 19903-0497
>(302) 674-0140
>Attorneys for Plaintiff

DATED: May 11, 2007
/lm