IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | |
| | * | C.A. No. 07-129-MPT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT AND PLAINTIFF'S FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:   Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

by hand delivering copies to him at the address shown above on May 22, 2007.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
NOEL E. PRIMOS, ESQUIRE
(Bar Id: 3124)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiff

DATED: 5-22-07
NEP:rp