**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF SERVICE**

to be served upon:   Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

by e-filing and hand delivering copies at the address shown above, postage prepaid on _May 22, 2007_.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
NOEL E. PRIMOS, ESQUIRE
(Bar Id: 3124)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiff

DATED: 5-22-07
NEP:rp