IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| Plaintiff, | * | |
| v. | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| Defendant. | * | |

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of June 2007, I caused to be served one (1) copy of the foregoing Defendant's Responses to Plaintiff's First Set of Interrogatories on the following party via United States Mail, postage prepaid:

Noel E. Primos
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Defendant*