IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 07-129 |
| | ) | |
| LOBBY HOUSE, INC., | ) | JURY TRIAL DEMANDED |
| A Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of July 2007, I caused to be served two (2) copies of the foregoing Notice of Deposition on the following party via United States Mail, postage prepaid:

Noel E. Primos, Esquire
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

                                              YOUNG, MALMBERG & HOWARD, P.A.

                                              /s/ Ronald G. Poliquin
                                              Ronald G. Poliquin
                                              I.D. No. 4447
                                              30 The Green
                                              Dover, DE 19901
                                              (302) 672-5600
                                              *Attorney for Defendant*