IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 07-129-MPT |
| | : |
| LOBBY HOUSE, INC., a Delaware corporation, | : |
| | : |
| Defendant. | : |

### ORDER

At Wilmington this **31st** day of **July, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 9, 2007 at 4:00 p.m. Eastern Time** with Magistrate Judge Thynge to address a discovery issue. **Ronald G. Poliquin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                          /s/ Mary Pat Thynge
                                                          UNITED STATES MAGISTRATE JUDGE