IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | ) | C.A. No. 07-129-MPT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOBBY HOUSE, INC., | ) | TRIAL BY JURY DEMANDED |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITIONS**

TO:   Ronald G. Poliquin, Esquire
       30 The Green
       Dover, DE 19901

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of

**Mary Anderson** on Monday, September 17, 2007 beginning at 9:30 a.m.,

**Andrea Stewart** on Monday, September 17, 2007 beginning at 12:30 p.m. and

**Brian Ducette** on Monday, September 17, 2007 beginning at 3:00 p.m. at the law

offices of Schmittinger & Rodriguez, P.A., 410 S. State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: 8-8-07
NEP/wsm

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**Notice of Depositions of Mary Anderson, Andrea Stewart and Brian Ducette**

to be served upon:

Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901

via electronic filing and hand-delivering copies to the address shown above on August 08, 2007.

                                          SCHMITTINGER & RODRIGUEZ, P.A.

                                          BY: _____
                                          Noel E. Primos
                                          Bar I.D. # 3124
                                          414 S. State Street
                                          P.O. Box 497
                                          Dover, DE 19903-0497
                                          (302) 674-0140
                                          Attorneys for Plaintiff

DATED: August 08, 2007
/wsm