IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | ) | C.A. No. 07-129-MPT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOBBY HOUSE, INC., | ) | TRIAL BY JURY DEMANDED |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

    Ronald G. Poliquin, Esquire
    30 The Green
    Dover, DE 19901

by hand-delivering copies to the address shown above on August 08, 2007.

                                  SCHMITTINGER & RODRIGUEZ, P.A.

                                  BY: _____
                                       Noel E. Primos
                                       Bar I.D. # 3124
                                       414 S. State Street
                                       P.O. Box 497
                                       Dover, DE 19903-0497
                                       (302) 674-0140
                                       Attorneys for Plaintiff

DATED: August 08, 2007
/wsm

Certificate of Service

I hereby certify that I have caused copies of the foregoing:

**Notice of Service**

to be served upon:

>Ronald G. Poliquin, Esquire
>30 The Green
>Dover, DE 19901

by e-filing and hand-delivering copies to the address shown above on August 08, 2007.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: /s/ Noel E. Primos
>Noel E. Primos
>Bar I.D. # 3124
>414 S. State Street
>P.O. Box 497
>Dover, DE 19903-0497
>(302) 674-0140
>Attorneys for Plaintiff

DATED: August 08, 2007
/wsm