IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendant. | * | |
| | * | |

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of August 2007, I caused to be served one (1) copy of the foregoing Defendant's Objections and Responses to Plaintiff's Second Request for Production of Documents on the following party via United States Mail, postage prepaid:

Noel E. Primos
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Defendant*