IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of August 2007, I caused to be served one (1) copy of the foregoing Defendant's First Request for Production of Documents Directed to Plaintiff on the following party via United States Mail, postage prepaid:

Noel E. Primos
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

        YOUNG, MALMBERG & HOWARD, P.A.

        /s/ Ronald G. Poliquin
        Ronald G. Poliquin
        I.D. No. 4447
        30 The Green
        Dover, DE 19901
        (302) 672-5600
        *Attorney for Defendant*