IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129- MPT |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| LOBBY HOUSE, INC., a | * | |
| Delaware corporation, | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S ANSWERS TO DEFENDANT'S
FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

and

**PLAINTIFF'S RESPONSES TO DEFENDANT'S
FIRST REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF**

to be served upon:   RONALD G. POLIQUIN, ESQUIRE
Young, Malmberg & Howard
30 The Green
Dover, DE  19901

by hand delivering copies to him on _October 4_, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY:_____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 10-4-07
NEP:rp

CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**NOTICE OF SERVICE**

to be served upon:   RONALD G. POLIQUIN, ESQUIRE
Young, Malmberg & Howard
30 The Green
Dover, DE   19901

by electronic service on _October 4_____, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 10-4-07
NEP:rp