IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | ) | C.A. No. 07-129-MPT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOBBY HOUSE, INC., | ) | TRIAL BY JURY DEMANDED |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITIONS

TO: Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of

**Mary Anderson** on Friday, November 2, 2007 beginning at 9:00 a.m.,

**Kristina Sells** on Friday, November 2, 2007 beginning at 10:00 a.m.,

**Sara Geesaman** on Friday, November 2, 2007 beginning at 11:00 a.m. and

**Rich Sinegar** on Friday, November 2, 2007 beginning at 12:00 p.m.

at the law offices of Schmittinger & Rodriguez, P.A., 410 S. State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: 10-4-07
NEP/wsm

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**Notice of Depositions of Mary Anderson, Kristina Sells, Sara Geesaman and Rich Sinegar**

to be served upon:

Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901

via electronic filing and hand-delivering copies to the address shown above on October 4, 2007.

                                                             SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
                                                          Noel E. Primos
                                                          Bar I.D. # 3124
                                                          414 S. State Street
                                                          P.O. Box 497
                                                          Dover, DE 19903-0497
                                                          (302) 674-0140
                                                          Attorneys for Plaintiff

DATED: 10-4-07
NEP/wsm