## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-129-MPT |
| : | |
| LOBBY HOUSE, INC., a Delaware : | |
| corporation, : | |
| : | |
| Defendant. : | |

## **ORDER**

At Wilmington this **10th** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 17, 2007 at 9:00 a.m. Eastern Time** with Magistrate Judge Thynge to address a discovery issue.  **Noel E. Primos, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE