Law Offices of
**YOUNG, MALMBERG & HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

| | |
|---|---|
| Kenneth J. Young | Phone: (302) 672-5600 |
| Constantine F. Malmberg, III | Fax: (302) 674-0549 |
| Kevin M. Howard | |
| Ronald G. Poliquin | |

October 15, 2007

**VIA E-FILE**

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

      **RE:**    **Shannon A. Laymon v. Lobby House, Inc.**
                  **C.A. No. 07-129 MPT**

Dear Judge Thynge:

      This letter is defendant's response to Mr. Primos' 10-12-07 letter.

      Concerning the photo issue, defendant has submitted all photos within its control to plaintiff. Mr. Wilmont estimated during deposition that eighteen (18) photos existed. Defendant has produced about thirteen (13) photos.

      Concerning Wallick's testimony, we would not object to any testimony that does not go beyond the basic facts learned during her limited treatment of Laymon (approximately two (2) visits). However, if Wallick's testimony intends to opine as to the causation of Ms. Laymon's injuries and her future treatment needs then we would object to this testimony because both of the scheduling order violation and because she has not submitted any expert report as required under Rule 26(a)(2)(B). Obviously, Plaintiff was in control of this information for some time and no good reason exists as to why it was not disclosed within the appropriate time nor why defendant was not notified that Wallick would be an expert in the case.

      Thank you for your consideration.

Respectfully,

/s/ Ronald G. Poliquin

Ronald G. Poliquin, Esquire
I.D. No. 4447
RGP/gss

cc:     The Lobby House
        Noel Primos, Esquire