IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | ) | C.A. No. 07-129 MPT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOBBY HOUSE, INC. | ) | |
| A Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## VACATION OF DEPOSITION OF RICH SINEGAR

PLEASE TAKE NOTICE that the oral deposition previously scheduled of Rich Sinegar on Friday, November 2, 2007 beginning at 1:00 p.m., has been vacated.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

DATED: 11-2-07
cc: Cheryl Anthony, Court Reporter

## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

### Vacation of Deposition of Rich Sinegar

to be served upon:

Ronald G. Poliquin, Esquire
Young Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

via electronic service on November 2, 2007.

                                            SCHMITTINGER & RODRIGUEZ, P.A.

                                            BY: _____
                                                 NOEL E. PRIMOS
                                                 Bar I.D. # 3124
                                                 414 S. State Street
                                                 P.O. Box 497
                                                 Dover, DE 19903
                                                 (302) 674-0140
                                                 Attorney for Plaintiff

NEP/wsm