IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., | * | |
| a Delaware Corporation, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Lobby House, Inc., by and through their attorney, Ronald G. Poliquin, Esquire, of Young, Malmberg & Howard, P.A. hereby moves this Court pursuant to Rule 56 for an order entering summary judgment in its favor and against the Plaintiff Shannon A. Laymon, for the reasons set forth in its brief.

                              **YOUNG, MALMBERG & HOWARD, P.A.**

                              /s/ Ronald G. Poliquin
                              Ronald G. Poliquin, Esquire
                              I.D. No. 4447
                              30 The Green
                              Dover, DE 19901
                              (302) 672-5600
                              *Attorney for Defendant*

DATED: January 31, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., | * | |
| a Delaware Corporation, | * | |
| | * | |
| Defendant. | * | |

## ORDER

**IT IS SO ORDERED** this _____ day of _____, 2008 that the Defendant's Motion for Summary Judgment is GRANTED and JUDGMENT is entered in its favor and against the Plaintiff.

_____
JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., | * | |
| a Delaware Corporation, | * | |
| | * | |
| Defendant. | * | |

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of January 2008, I caused to be served the foregoing Motion for Summary Judgment and Opening Brief on the following party via CM/ECF:

Noel E. Primos
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Defendant*