IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | |
| | * | C.A. No. 07-129-MPT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**STIPULATED BRIEFING SCHEDULE**

The parties by and through the undersigned counsel hereby stipulate and agree to the following briefing schedule for the Defendant's Motion for Summary Judgment:

| | |
|---|---|
| Opening Brief | Already Filed |
| Answering Brief | February 29, 2008 |
| Reply Brief | March 21, 2008 |

SCHMITTINGER & RODRIGUEZ, P.A.
BY: /s/ NOEL E. PRIMOS
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorney for Plaintiff

YOUNG MALMBERG & HOWARD, P.A
BY: /s/ RONALD G. POLIQUIN
RONALD G. POLIQUIN, ESQUIRE
Bar I.D. #4447
30 The Green
Dover, DE 19901
(302) 672-5600
Attorney for Defendant

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Hon. Mary Pat Thynge