IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
|     Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., | * | TRIAL BY JURY DEMANDED |
| a Delaware corporation, | * | |
|     Defendant. | * | |

| | |
|---|---|
| STATE OF VIRGINIA | * |
| | * |
| CITY OF VIRGINIA BEACH | * |

### AFFIDAVIT OF SHANNON LAYMON

COMES NOW, Shannon Laymon, who being of sound mind, doth depose and say as follows:

1.    I wrote the journal attached hereto as Exhibit "A" during and immediately after my employment by The Lobby House, Inc.

2.    The journal is a true and accurate account of events that occurred during and immediately after my employment by The Lobby House, Inc.

FURTHER, AFFIANT SAITH NOT.

_____
SHANNON LAYMON

SWORN TO AND SUBSCRIBED before me this 18th day of February, 2008.

_____
Notary Public
My commission expires: 7/31/2010

KATHY L. GIANQUITTO
Notary Public
Commonwealth of Virginia
Reg. #7052015
My Commission Exps. July 31, 2010

# EXHIBIT A

September 28, 2005, was Don Wilmont's birthday. He proceeded to get very drunk. Later that night, he sat on the floor with a rolled-up dollar in his mouth and told Tessa to "Feed the Kitty." She repeatedly told him "No" while he kept pursuing it. Tessa was previously in Internet Porn, under the name Ava Monroe, and he continually comments on it to her. I feel like although she did choose to pursue such a career, it is in her past and thus, it is inappropriate for Don to mention while at work.

Halloween 2005, DJ KC was working and Amanda was dancing on the bar in her G-string and bra. Rick was putting money down her underwear. I was not working but I was told about the incident.

New Years Eve 2006 was chaos. At midnight, Rick distributed bottles of champagne to the workers, including Amanda Potts who was only 20. After hours, I began to clean while DJ Manny kept spinning music. My co-workers started dancing. A little while later, Amanda started dancing on the bar in her G-string and bra. Some people gave her money while others commented on her behavior. Tessa was running around topless and managers were grinding with their employees. During this commotion, I was getting frustrated, primarily because I was the only one cleaning and I knew that we would be there really late. Rick was the manager on duty, but was too drunk to do money. Don took over and yelled at us to begin working. He snapped at me and Rich, who had stayed after, told him not to speak to me like that. Don said that I was his employee and that he would speak to me how he wanted. We didn't leave the bar until really late, around 5 am I believe.

February 23, 2006 I worked 9-close. Ken chose to stay since he had been remodeling the bathrooms all day. Ken drank almost a 5th of Crown so he was pretty

intoxicated. He confronted Ali about how she needs to let him know who is "stealing" from him by giving out free drinks. He then sat at the bar and was talking with DC Lavender. Since the bathrooms were in the middle of being remodeled, I asked Ken how much was left to do. I also asked if he was putting cabinets in the bathroom to store extra toilet paper. He proceeded to call me stupid and tell me that the women that work there are too lazy to refill toilet paper. He then told me the only think girls are good for is sex. I was very upset and left to finish cleaning the bar.

Other events that I do not have dates for:

- It was a Friday night and Ali and I were behind the bar. I believe Tessa was working behind there as well. Ken was drunk and grabbing Amanda's butt as she bent over. He was also grinding with her on the dance floor. Ali and I kept making comments about that is why she is getting promoted to bartender once she turns 21. I feel that employees should not be grabbing their employees' butts while they are on the job.

- Bethann Schuman started working at the Lobby House. She complained about the sexual nature of the job. Rumor is that she was told by management that it was a bar and that if she did not like it, she could find a new job. She was employed for only a brief time.

- One night, Keith was managing. Brian got really drunk and Limmer had to leave to pick up his girlfriend, Alicia, because her car broke down. I was cleaning the bar while Brian was talking to servers. I was in the back washing mats when he told servers they needed to flash him if they wanted a beer. They did and Mary's nipple rings were revealed. Since DC knew me before working there, he knew of my clit ring and told everyone about it. Mary's nipple rings reminded Brian of my ring and he cornered me near the dishwasher. I repeatedly told him "No" and reminded him that he was married and I had a boyfriend. He said they would never find out and continued to pressure me. Anyone who knows me knows my character and knows that I would never willingly reveal myself, I am very personal.

- Don gets females to take "Blow Job Shots" out of his crotch

- Amanda was allowed to show her tattoo. I asked her why and she said Don said she could because it was on her boob. I brought this to Rick's attention who said it was not allowed. It was then covered briefly; however, recently it has been showing again, without punishment.
- Every Thursday night at closing, you can hear Don say, "Put out or Get out" or "If you don't work here or are fucking someone who does, get out!"
- Kristina is dating my boyfriend's brother. Thus, Don feels like it is necessary to comment on orgies, saying that John, Rich, Kristina and I get together and that we sometimes involve their mother. I find this very repulsive.
- When I first started at the Lobby House, Ken told me I need to wear more revealing tops to "get better tips" because that is what guys want to see.
- Ken says that he will give blowjobs for money.

On March 3, 2006, I was on the bar with Ali and Limmer. I was working a double. At 3:30 pm, I went to the office to grab Rick's keys to do the Par-list. Ken was dealing with pay and other business matters and confronted me about "suing him." I told him Walt Schmittinger was my attorney and that all questions could be directed to him. He said he wanted to let me know he bills were faxed to the insurance company. Once again, I reminded him that I had an attorney. He then stated that would be the end of the conversation.

A little while later, he brought out "copies" of the fax and told me to give them to my lawyer. I was upset and called home. I was so nervous at the point that I did not get the keys from Rick. My Dad came in and relaxed a little. He said Mom called my lawyer's office and to document everything.

Later, the phone rang. Ali and Ken had both answered it. He yelled in a snappy voice "I got it." Ali went to Rick to let him know and Rick said, "He probably thought it was Shannon." This is proof that they were mad I sought legal counsel.

I went into the kitchen later that night and Rick was sitting at the computer and gave me a glare. I ignored it and went about my business. The rest of the night I felt uncomfortable. Limmer kept calling me Sherman, but I am unsure what that meant.

It was payday, so at closing I asked for my pay. Everyone that was present at the time was paid in cash and taxes were not withheld. I was paid by check. I normally received $100 cash but today my check was $26.72. My tax deductions were abnormally high. I do believe this was done out of spite. Although I prefer checks, for legal purposes, they feel they are doing us a favor by giving us cash. Ken did pay that day while he was at the Lobby House. A copy of the pay stub is attached.

Today, March 8. 2006, I went into work at 7PM. Upon getting to work, I was asked questions about why I was there. Apparently Shannon M. called out from work with food poisoning. Management never asked which Shannon it was, but assumed that it was me. I was then called into the office by Rick. He said that people told him I was concerned with my paycheck and that I said they were paying my bills with my money. I informed him that Rich and I did have concerns about my pay and that Ali had made the comment. It was Rich, Ali, and I sitting on that side of the bar when I got my check. I also explained to him that things get twisted and people lie. I used examples such as Amanda lying to Des that I was racist to get her mad at me and that Andrea hated me at first because I was a bartender and didn't have to work my way up the ladder, and that people are vengeful and that he can not believe exactly what everyone says. He explained to me that he "overpaid" me and that he sends our information to accountants who do our checks. He and Ken do not do the paychecks. My claimed tips are supposedly what affected my low pay. I asked him when we get checks and when we get cash and he said I will always get checks unless there is a problem. However, this has not been the case previously; I have received more cash than checks previously. Additionally, when I get checks others get cash and vice versa. I asked what the system is, and I received no answer.

Another issue discussed was the workman's compensation issue. He told me that I should have gone to them before going to a lawyer because I "handled the situation wrong." I told him that I handed the bills to him twice and that nothing was achieved so I had to get an attorney to handle the situation. He said that I should have warned them about going to the attorney before hand, which I still see unnecessary. He said that Ken

took the $37 bill twice and the bills were both faxed the 16th and it has been hanging on the board in the office. I do not have access to the office, thus I would not have known about the fax. Additionally, when I talked to Keith about the issue Sunday, he said he hadn't seen the faxed memo but did notice that the bills were off the board.

Finally, we discussed the problems of the workplace. He said the handbook was created as a gateway to handle problems and that I should not stoop to a lower level by discussing problems with co-workers. I did make it clear to him that I am uncomfortable with some members of management for they are very disrespectful. Additionally, I told him that I fear the consequences of talking to people. I let him know about what Ken said to me on February 23, and he replied, "It is his business, he can do what he wants." I told Rick that just because it is Ken's business it does not give him the right to disrespect people. I also told him that I am still upset about the issue. I also told him about Ken grabbing Amanda's butt and he said that does not concern me. I let him know that it does offend me because employers should not treat their employees in such a manner. Rick said that he will not schedule me when Ken comes in, but I feel that is not fair to me. I am being punished; my schedule is going to be changed because Ken is disrespectful. Additionally, I told him about Don disrespecting me. I told him that Rich, my boyfriend, has addressed the issue to Don before and that many of the workers feel the same way. He said I am the only one who has ever gone to him about being disrespected. Many people that work there do not know their rights and fear saying anything. However, they have come to me and Rich about issues before. I know personally Ali felt disrespected by Ken the 23rd as well when he confronted her about stealing things. Rick told me that if I didn't like the way things are that I can leave.

The meeting was concluded and I was upset. Mary, Amanda, Kristina, and DC all saw that I was upset. I did not talk to any of them about what happened, but DC agreed to cover my shift since I was upset. I went to tell Rick, who was in a meeting outside with Mike Limmer and Don about the issues brought in our meeting, to let him know DC would cover my shift. I believe that this meeting, between Rick, Mike, and Don, goes against the "open door policy" and feel even less like the issues I brought up will be handled properly. Things I discussed with Rick, should not be addressed to others with my name brought into it, especially when they were not brought up; Limmer was never discussed in my meeting with Rick.

Today, March 9, 2006 I went into work at 9PM. Nothing really happened. During work, I just tended to my customers and steered away from the others. I did check my schedule though. I have almost always worked at least 4 days a week and I have NEVER worked a Saturday morning. This week my schedule is: Thursday at 9- close, Saturday 11-5, and Sunday 5-close. I did request off Friday, when I'm normally scheduled an 11 Double because of the Holiday and I will be out of town. I was weirded out that I was scheduled Saturday morning and also was not working Wednesday. I believe this may be due to the fact management is upset with me, but I will not worry about it until I see what my future schedules look like.

After we were done cleaning, I talked to Ali about the meeting Rick and I had. I told her that I was accused of saying that they were paying my bills through my pay, which in fact she said, and she told Rick she had said it. We discussed what Rick said about paychecks and she was surprised to find out that Rick was in charge of our pay, not Ken. I also told her about Rick saying I will always get checks unless they can't get the checks out in time, which she found odd. We normally get paid cash under the table, so she also saw this as punishment for me. Additionally, I told her that Rick told me to discuss problems with management and that I brought up the way Ken and Don talk down and degrade the employees. She informed me that she had a conversation with Don about his behavior at work in the past. She said she had asked him how he gets away with saying the things he does and that he replied it is because nobody ever confronted him about it. I found this interesting. I told her that I feel uncomfortable talking to management about things and fear that my job is on the line if I were to tell them how I feel. After all, Rick told me if I didn't like it, I could leave. She asked me why I was sent

home and I told her I was not sent home Wednesday but chose to leave since I was upset and they had already called DC in. Ali told me that she can see how I would feel belittled and that she has recently seen the tension revolving around me. Additionally, she did say that she could see that they were treating me differently; what she meant by that I'm unsure. But, I feel as though I am not the only one who is noticing the changes made in attitudes toward me.

Today, March 11, 2006, nothing much occurred at work. I was working with Mike Limmer who was constantly pulling out his cell phone. He was not the manager on duty and thus, should not have been allowed to have his cell phone out, it is against policy. Don did not write him up, nor did he tell him to put it away. If you are going to have a policy, I do believe it should be enforced.

March 12, 2006, I went into work at 5 PM. Nothing really happened. Rick was on duty. The only thing we discussed was getting out early because he wanted to watch the Sopranos. He said we would be out no later than 11:30. We were dead, but we did have a party of 12 walk in. I was very polite and talking to the table and helped Mary out. They left, and we closed.

Today, March 16, 2006, I went into work at 9 PM. Nothing unusual happened. Mike Limmer was manager on duty. Amanda's tattoo was once again showing. I have discussed this issue with Rick and she is to have it hidden. However, it has not been enforced, nor has she ever been written up for it.

Case 1:07-cv-00129-MPT   Document 49-2   Filed 02/29/2008   Page 14 of 17

Today, March 17, 2006, I had off of work. Because I am supposed to make aware the witnesses to call upon for the DOL sexual harassment claim I contacted Brian, an ex-coworker at 3:08 pm. The conversation lasted 1 minute and 13 seconds. I called his cell phone to let him know that DOL may contact him within the next 6 months and that nobody, not even I, will know that he was contacted. I did not go into anything about what they will be contacting him about. We ended the conversation and he did not seem to have a problem.

At 3:24, I got a call from the Lobby House. It was my General Manager, Rick. He questioned me about what I have been calling his employees about. I told him that DOL was involved and that they were going to be contacted. He asked about what, and since they do not know fully that there is sexual harassment charges being pressed, I told him it was about Worker's Compensation. He told me that I was terminated. I then told him that I am aware of retaliation. He then said that he has guest that will testify that I provide bad service, complain about work, and that I am rude. He also said that guest have told him they are glad that I am gone. Additionally, he said that he knows people that will testify that I pulled my pants down at work. I told him that was slander and hung up the phone.

I have never been written up about my service or customer complaints and it takes 6 write-ups to be fired. My ONLY write up is about improper attire, a belt. I know that my customers will testify against his comments and state that there are others, like Keith, that rude. Thus, I am not at fault. Additionally, Rick has been there and put money down Amanda's G-String so I know that is not the reason. This is full out retaliation, he only called to know what was going on and see if the DOL claim was true. He didn't mention anything else before he terminated me; it was only after I had mentioned retaliation. Also,

how did the guest already know I was fired and say this to him?? I know he was lying, he knows that they are in for much trouble ahead.

I immediately contacted my lawyer, John Adams at DOL, and went to the unemployment agency.

My father and I then went to pick up my pay. Once again, I received a check. The check was for $13.19. Never before have I received 2 checks in the same month. Although I know that my pay is legal then, this is another form of retaliation. We always get paid more when we get cash. Rick did not bring out the check, but instead Mike Limmer did. Employees already knew that I was terminated and my Dad caught Shannon M. talking about it with her table. We left with no confrontation.

At 3:33 AM, Mary Anderson got off of work and called me. We talked for 37 minutes and 30 seconds about what happened. She said Ali came out and told everyone that I was just fired but that nobody knew why. I explained to her what had happened and she thought the whole thing was ridiculous. She also informed me that Justin arrived to work already intoxicated that day. He was not fired, but sent home. Additionally, Ken was there and policies had already begun to change. Mary had been pulled behind the bar with no training and shift drinks had to be approved by Ken, when normally managers do it. She said she will keep me informed of what is said there in reference to me, and correct those that are spreading false information.

It's 1:12 AM on March 19, 2006. I'm upset so I called Mom to try and get her to calm me down. I'm scared about what is to come in the case against the Lobby House. Since I talked to Rick, I have thought of nothing but the incidents that have occurred. My mind is wondering and I can't sleep. I dream of the Lobby House events. I want this to all go away. Maybe that is why I called Mom, I feel safe talking to her. I think she can make it all go away. I pray that God gives me a little extra strength in the months ahead. There is going to be a whirlwind of chaos.

Today, I talked to Chad. He and I were acquaintances before working at the Lobby House. He has been a bouncer there for some time. I discussed what was going on there and saved the conversation. He is proof about that antics of the Lobby House and that Ken thinks he can pay people off to get his way, and that money is power.

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**AFFIDAVIT OF SHANNON LAYMON**

to be served upon:   RONALD G. POLIQUIN, ESQUIRE
Young, Malmberg & Howard
30 The Green
Dover, DE   19901

by electronic service on *February 29*, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 2-29-08
NEP:pmw