IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LOBBY HOUSE, INC., | * | TRIAL BY JURY DEMANDED |
| a Delaware corporation, | * | |
| Defendant. | * | |

STATE OF DELAWARE    *

                                        *

COUNTY OF KENT       *

### AFFIDAVIT OF RHIANNA TURNER

COMES NOW, Rhianna Turner, who being of sound mind, doth depose and say as follows:

1. I worked at the Lobby House as a waitress from January 2006 to February 2006.

2. During the period that I worked at the Lobby House, I knew Shannon Laymon as a co-worker.

3. To my knowledge, Shannon was always friendly to co-workers and customers.

4. I was never aware that any customers complained about Shannon.

FURTHER, AFFIANT SAITH NOT.

_____
RHIANNA TURNER

SWORN TO AND SUBSCRIBED before me this 13 day of February, 2008.

_____
Notary Public
My commission expires: 3-13-01

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**AFFIDAVIT OF RHIANNA TURNER**

to be served upon:   RONALD G. POLIQUIN, ESQUIRE
Young, Malmberg & Howard
30 The Green
Dover, DE   19901

by electronic service on *February 29*, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 2-29-08
NEP:pmw