IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129-MPT |
| Plaintiff, | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| Defendant. | * | |

| | |
|---|---|
| STATE OF DELAWARE | * |
| | *    SS: |
| COUNTY OF KENT | * |

**AFFIDAVIT OF SARAH GEESAMAN**

COMES NOW, Sarah Geesaman, who being duly sworn doth depose and say as follows:

1. I am over the age of eighteen (18) and make this affidavit based upon my own personal knowledge.

2. I was employed by the Lobby House Restaurant and Bar as a waitress during portions of 2005 and 2006.

3. During the period of my employment, I was subjected to sexually explicit and other inappropriate comments and behavior on the part of management, and particularly Assistant Manager Don Wilmont.

4. On one occasion, when I was leaving the work place with a male co-worker, Mr. Wilmont humiliated me by making sexually explicit statements in front of other employees. Specifically, Mr. Wilmont split a potato and made a comparison with my private

parts, and stated that I and my male co-worker would be having sexual relations, which was false.

5. On another occasion when I had fallen at work and broken my tailbone, Mr. Wilmont told me not to move and bent down to look under my skirt and made a comment about my body. Mr. Wilmont then made a disgusting comment about ranch dressing that had spilled onto my hair and my clothes, saying something to the effect of "pulling out" and getting "it" all over me.

6. On other occasions, Mr. Wilmont would tell me and other female employees that we needed to wear revealing tops in order to obtain better tips. Mr. Wilmont would also make comments about my physical attributes and would tell me that I needed to stuff my bra.

7. At least two or three times a month, management would conduct wild parties after work at the work place. Such parties also took place on Halloween and New Year's Eve. I and other employees were required to be present at the work place during these events in order to clean the restaurant and bar area, but I never observed Shannon Laymon participating in any of the inappropriate behavior. This inappropriate behavior consisted of female employees stripping off their tops and lying on the bar and doing body shots (allowing people to lick alcoholic beverages off their bodies). Mr. Wilmont also told me the day after one of these parties that Amanda Potts stripped to her thong and was dancing. Management would encourage such behavior. During these parties, Ms. Potts, who was under the legal age limit of 21, was allowed to drink alcohol by management.

8.  I saw Don Wilmont smoking marijuana after work on many occasions.

9.  I heard Mr. Wilmont offer to pay female employees to do "lap dances" (dance around him half naked).

10. On one occasion I saw Rick Anibal put a liquor bottle into his pants and open up the zipper, after which female employees knelt in front of him, and he poured alcohol into their mouths and all over them.

11. I never saw or heard of Shannon Laymon participating in any of the aforementioned inappropriate behavior.

12. Amanda Potts was allowed to show deliberately the tattoo on her chest, while Shannon Laymon and I were reprimanded for accidently showing the tattoos on our backs when we bent over.

13. Shannon Laymon was a good bartender and related well to customers.

FURTHER AFFIANT SAITH NOT.

_____
SARAH GEESAMAN

SWORN TO AND SUBSCRIBED before me this __1__ day of November, 2007.

_____
Notary Public
My Commission Expires:_____

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**AFFIDAVIT OF SARAH GEESAMAN**

to be served upon:   RONALD G. POLIQUIN, ESQUIRE
Young, Malmberg & Howard
30 The Green
Dover, DE   19901

by electronic service on _February 29_, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 2-29-08
NEP:pmw