IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-129-MPT |
| | : |
| LOBBY HOUSE, INC., | : |
| a Delaware corporation, | : |
| | : |
| Defendant. | : |

**ORDER**

At Wilmington this **14th** day of **April, 2008**,

A memorandum opinion having been issued on the same date in the above captioned matter

IT IS ORDERED, ADJUDGED and DECREED that:

1. Consistent with the memorandum opinion, defendant's motion for summary judgment (D.I. 44) is GRANTED in part and DENIED in part.

2. Consistent with her answering brief, plaintiff's breach of covenant claim is DISMISSED with prejudice, and defendant's motion for summary judgment is GRANTED on that claim.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE