NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
**SCHMITTINGER AND RODRIGUEZ, P.A.**
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

July 2, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

**VIA ELECTRONIC FILING**

RE:   Laymon v. Lobby House, Inc.
      C.A. No.: 07-129-MPT

Dear Judge Thynge:

The above-referenced action is scheduled for a four-day jury trial before your Honor beginning September 8, 2008. At this time, I am respectfully requesting a continuance of the trial on behalf of my client, Shannon Laymon.

Ms. Laymon has been accepted to Widener University Law School and will begin her studies on August 20, 2008. With the stress of the first semester of law school, together with the responsibilities of a full-time job, it would be extremely stressful for my client to participate in a trial in federal court less than 3 weeks after she begins her studies. We are requesting a continuance until after the beginning of 2009--i.e., until after Ms. Laymon's first semester is completed.

I raised the matter of the proposed continuance with Defendant's counsel, Mr. Poliquin, by telephone last week. Mr. Poliquin has indicated in a written communication that his client is opposed to the request. I have not been informed of the basis for the opposition. With all due respect to Mr. Poliquin's client, it is Plaintiff's position that Defendant would suffer no significant prejudice from this relatively brief delay.

In a teleconference in an unrelated matter yesterday, I learned that your Honor will be out of chambers for much of this month.

July 2, 2008
Page 2

However, I would respectfully request consideration of this request as soon as possible. Plaintiff requests that, should the Court continue the trial, the pretrial conference be continued as well. The pretrial conference is currently scheduled for August 21, 2008, with the pretrial stipulation due to be filed on August 8, 2008. Therefore, a prompt decision regarding this continuance request would guide the parties in their preparation for trial.

Thank you for your consideration of this request.

Respectfully,

NOEL E. PRIMOS

cc: Ronald G. Poliquin, Esquire    (by e-filing)
    Ms. Shannon Laymon