NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
**SCHMITTINGER AND RODRIGUEZ, P.A.**
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

July 7, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

**VIA ELECTRONIC FILING**

RE:   Laymon v. Lobby House, Inc.
      C.A. No.: 07-129-MPT

Dear Judge Thynge:

On July 2, 2008, I submitted a letter request to your Honor for a continuance of the trial. At this time, I need to correct some incorrect information that I inadvertently gave the Court due to a miscommunication with my client. My client has informed me that she has not been accepted for admission into Widener Law School, as I indicated in my letter, but rather that she has been waitlisted and is intending to matriculate should she be accepted.

In view of this additional information, as well as your Honor's current absence from chambers, I ask that your Honor hold Plaintiff's request for a continuance in abeyance. When your Honor returns to chambers later this month, I hope to have more definite information regarding my client's educational plans.

I apologize for any inconvenience or confusion that this may have caused.

Respectfully,

NOEL E. PRIMOS

cc:   Ronald G. Poliquin, Esquire    (by e-filing)
      Ms. Shannon Laymon