NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
**SCHMITTINGER AND RODRIGUEZ, P.A.**
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

July 21, 2008


The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

**VIA ELECTRONIC FILING**

RE:   Laymon v. Lobby House, Inc.
      C.A. No.: 07-129-MPT

Dear Judge Thynge:

On July 2, 2008, I submitted a letter request to your Honor for a continuance of the trial in the above-referenced matter, which is scheduled to begin on September 8, 2008. On July 7, 2008, I asked that that request be held in abeyance because, though I had been under the misapprehension, when submitting the original request, that my client had been admitted to Widener Law School for the fall semester, she had in fact been waitlisted.

As of this date, my client has not been informed about whether she will be matriculating for the fall semester, and she does not know when she will be receiving this information. Therefore, I would suggest that the parties move forward to the filing of the pretrial stipulation on August 8, 2008, and the pretrial conference on August 21, 2008. By the date of the pretrial conference, I should know whether my client will be matriculating for the fall semester, and a decision can be made at that time about the need, if any, for a continuance. In the interim, should I receive any information from my client about her admission to the program, I will immediately inform the Court.

Should your Honor have any questions regarding these issues, please do not hesitate to contact me.

July 21, 2008
Page 2

Respectfully,

*[signature]*

NOEL E. PRIMOS

cc: Ronald G. Poliquin, Esquire    (by e-filing)
    Ms. Shannon Laymon