


Case 1:07-cv-00129-MPT   Document 61   Filed 08/11/2008   Page 1 of 1

NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
**SCHMITTINGER AND RODRIGUEZ, P.A.**
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

August 11, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

**VIA ELECTRONIC FILING**

RE: <u>Laymon v. Lobby House, Inc.</u>
    C.A. No.: 07-129-MPT

Dear Judge Thynge:

I represent the Plaintiff, Shannon Laymon-Pecoraro, in the above-referenced matter. On July 2, 2008, I submitted a letter request to your Honor for a continuance of the trial, which is scheduled to begin on September 8, 2008. On July 7, 2008, I asked that that request be held in abeyance. At this time, I wish to withdraw my client's previous request for a continuance. My client will be prepared to go forward with trial beginning September 8, 2008.

Should your Honor have any questions, please do not hesitate to contact me.

Respectfully,

NOEL E. PRIMOS

cc: Ronald G. Poliquin, Esquire (by e-filing)
    Ms. Shannon Laymon