IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129 MPT |
| Plaintiff, | * | |
| v. | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| Defendant. | * | |

## JOINT PROPOSED VOIR DIRE

COME NOW the parties, pursuant to D. Del. L.R. 47.1 (a), and submit the following proposed questions to be asked of the jurors during voir dire in addition to the Court's standard questions.

1. Does any member of the jury panel know of any reason why he or she would be unable to award money damages in favor of the Plaintiff, if the evidence and the law so required, or conversely, to return a verdict in favor of the Defendants if the evidence and the law so required?

2. Have you or any of your family members ever been employed by Lobby House, Inc.?

3. Have you ever been a customer at The Lobby House?

4. Have you or any of your family members ever held any management positions in any restaurant/bar businesses?

5. Have you or any of your family members ever been terminated from a restaurant/bar business?

6. Have you or any of your family members ever worked in any business that receives any income from Lobby House, Inc. (e.g., supplier, contractor, by assignment, or otherwise)?

7. Have you ever been involved in the hiring, promotion, demotion, termination or discipline of any employee?

8. Have you ever owned your own business or ever been self-employed?

9. Have you or any of your relatives or friends ever been accused of discrimination in the workplace?

10. Do you think you might trust the testimony of a management-level employee more than that of an employee who does not have as high a ranking?

11. Have you or any of your family members ever been terminated from a restaurant/bar business?

12. Have you or any of your family members ever been sexually harassed?

13. Have you or any of your family members ever been subject to a hostile work environment?

14. Have you or any of your family members ever been wrongfully terminated from employment?

15. Have you or any of your family members ever been subject to discrimination in the workplace?

16. Have you or any of your family members ever been subject to harassment in the workplace?

17. Have you or any of your family members ever been subject to retaliation in the workplace?

18. Do you or any of your friends or family members know Shannon Laymon?

19. Have you or any of your family members ever filed a charge of discrimination?

20. Have you or any of your family members ever been employed at a restaurant/bar business?

SCHMITTINGER AND RODRIGUEZ, P.A.    YOUNG, MALMBERG & HOWARD

BY: /s/ Noel E. Primos
    NOEL E. PRIMOS, ESQUIRE
    Bar I.D. #3124
    414 South State Street
    P.O. Box 497
    Dover, Delaware 19903-0497
    (302) 674-0140
    Attorney for Plaintiff

BY: /s/ Ronald G. Poliquin
    RONALD G. POLIQUIN, ESQUIRE
    Bar I.D. #4447
    30 The Green
    Dover, Delaware 19901
    (302) 672-5600
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**JOINT PROPOSED VOIR DIRE**

to be served upon:

Ronald G. Poliquin, Esquire
Young Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

via electronic service on ~~July~~ *August 18*_____, 2008.

                                    SCHMITTINGER & RODRIGUEZ, P.A.
                                    BY:_____
                                    NOEL E. PRIMOS
                                    Bar I.D. # 3124
                                    414 S. State Street
                                    P.O. Box 497
                                    Dover, DE 19903
                                    (302) 674-0140
                                    Attorney for Plaintiff