IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | * | C.A. No. 07-129 MPT |
| Plaintiff, | * | |
| v. | * | |
| LOBBY HOUSE, INC., a Delaware corporation, | * | |
| Defendant. | * | |

**SPECIAL FORM OF VERDICT**

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

    1.   Has Plaintiff Shannon A. Laymon proven by a preponderance of the evidence that Defendant Lobby House, Inc., through its agents and employees, violated her rights under Title VII of the Civil Rights Act by creating a hostile work environment based upon gender?

        YES _____       NO _____

    2.   If you answered "YES" to question 1, state the monetary amount that will compensate Ms. Laymon for being subjected to a hostile work environment.

        $_____

    3.   Has Ms. Laymon proved by a preponderance of the evidence that Defendant Lobby House, Inc., through its agents and employees, violated her rights under Title VII of the Civil Rights Act by retaliating against her for complaining about the sexually hostile work environment?

        YES _____       NO _____

    4.   If you answered "YES" to question 3, state the monetary amount that will compensate Ms. Laymon for Defendant's retaliation against her for complaining about the sexually hostile work environment.

        $_____

    5.   Do you find that Lobby House retaliated against Ms. Laymon for pursuing her rights under Delaware's workers' compensation statutes?

           YES _____     NO _____

    6.  If you answered "YES" to question 5, state the monetary amount that will compensate Ms. Laymon for Lobby House's retaliation against her for pursuing her rights under Delaware's workers' compensation statutes.

           $_____

    7.  If you answered "YES" to question 1, question 3, or question 5, or to any combination of them, do you find that Lobby House acted wilfully or wantonly in violating Ms. Laymon's rights?

           YES _____     NO _____

    8.  If you answered "YES" to question 7, state the amount of punitive damages that will punish Lobby House for its wilful and wanton conduct.

           $_____

                         Respectfully submitted,

DATE:_____        _____
                                                FOREPERSON

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S PROPOSED SPECIAL FORM OF VERDICT**

to be served upon:

Ronald G. Poliquin, Esquire
Young Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

via electronic service on ~~July~~ *August 18*, 2008.

                           SCHMITTINGER & RODRIGUEZ, P.A.
                           BY:_____
                               NOEL E. PRIMOS
                               Bar I.D. # 3124
                               414 S. State Street
                               P.O. Box 497
                               Dover, DE 19903
                               (302) 674-0140
                               Attorney for Plaintiff