IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON A. LAYMON | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C. A. No. 07-129-MPT |
| | : |
| LOBBY HOUSE, INC., a Delaware corporation, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **21st** day of **August, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 5, 2008 at 10:00 a.m.** with Magistrate Judge Thynge to discuss possible objections to video deposition. **Ronald G. Poloquin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE