# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON A. LAYMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 07-129 |
| | ) | |
| LOBBY HOUSE, INC., | ) | JURY TRIAL DEMANDED |
| A Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION FOR TRIAL

**TO:**   Noel E. Primos, Esquire
　　　　 Schmittinger and Rodriguez, P.A.
　　　　 414 South State Street
　　　　 Dover, DE 19901

**PLEASE TAKE NOTICE** that counsel will take the deposition of Donald Wilmont on August 29, 2008 at 2:00 pm at the office of Young, Malmberg & Howard, P.A., 30 The Green, Dover, DE 19901. The deposition will be video recorded.

　　　　　　　　　　　　　　　　　　　**YOUNG, MALMBERG & HOWARD, P.A.**

　　　　　　　　　　　　　　　　　　　/s/ Ronald G. Poliquin
　　　　　　　　　　　　　　　　　　　Ronald G. Poliquin, Esquire
　　　　　　　　　　　　　　　　　　　I.D. No. 4447
　　　　　　　　　　　　　　　　　　　30 The Green
　　　　　　　　　　　　　　　　　　　Dover, Delaware 19901
　　　　　　　　　　　　　　　　　　　302-672-5600
　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

Dated:  August 22, 2008
cc:　　 Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHANNON A. LAYMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 07-129 |
| | ) |
| LOBBY HOUSE, INC., | ) JURY TRIAL DEMANDED |
| A Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of August 2008, I caused to be served one (1) copy of the foregoing Notice of Deposition for Trial on the following party via United States Mail, postage prepaid:

Noel E. Primos, Esquire
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Defendant*